Dismissed and Memorandum Opinion filed March 25, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00179-CV

____________

 

GULF MARINE INSTITUTE OF TECHNOLOGY, INC. AND JOHN D.
ERICSSON, Appellants

 

V.

 

PHILLIP LEE, Appellee

 



 

On Appeal from the
County Court at Law No. 1

Galveston County,
Texas

Trial Court Cause
No. 61,935

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed January 29, 2010.  On March 17, 2010,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Seymore, and Brown.